Amy Semmel, State Bar No. 116204
Paul M. Kelley, State Bar No. 87505
**KELLEY•SEMMEL, LLP**
5757 Wilshire Blvd., Penthouse 5
Los Angeles, California 90036
Phone: 323-592-3450; Fax: 323-383-9910
Email: asemmel@kelleysemmel.com

Attorneys for Plaintiff Lisa Nicole Jackson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- West. Division

| | |
|---|---|
| LISA NICOLE JACKSON, an individual,<br><br>    Plaintiff,<br>vs.<br><br>MISSION ESSENTIAL PERSONNEL, LLC, an Ohio corporation; ZUHAIR STEPHAN, an individual; and DOES 1 through 20 Inclusive,<br><br>    Defendants. | CASE NO.: EDCV11-1444R(DTBx)<br><br>**PROTECIVE ORDER PURSUANT TO STIPULATION FILED ON APRIL 27, 2012**<br><br>Judge: Honorable Manuel L. Real<br>Courtroom: Room 8 (2nd Floor)<br><br>Hearing date: November 7, 2011<br>Time: 10:00 a.m |

Pursuant to Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the provisions of the Stipulation re Protective Order signed by counsel of record for all parties in the above-captioned matter and filed on April 27, 2012 are adopted as the ORDER of this Court effective as of the date of this Order.

DATED:   May 3, 2012                              By:_____
                                                                         Honorable Manuel L. Real
                                                                         Judge of the District Court

-1-